

Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio

★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-08-00688-CV

**IN RE MARIA CRISTINA BRITTINGHAM-SADA,
DANIEL MILMO BRITTINGHAM,
AND MARIA CRISTINA LOBEIRA-BRITTINGHAM**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Steven C. Hilbig, Justice

Delivered and Filed:   February 4, 2009

PETITION FOR WRIT OF MANDAMUS DENIED

On September 12, 2008, relators filed a petition for writ of mandamus.  The court has considered relators' petition for writ of mandamus and the responses and replies of the parties.  The court is of the opinion that relators are not entitled to the relief sought.  Accordingly, the petition for writ of mandamus is DENIED.  *See* TEX. R. APP. P. 52.8(a).  The stay imposed by this court's order of September 19, 2008 is lifted.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2000-PB-7000049-L1, pending in the County Court at Law No. 1, Webb County, Texas, the Honorable Alvino "Ben" Morales presiding.